IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case No.: 1:19-cv-02170 |
| This Document Relates To: | District Judge: Hon. Jorge L. Alonso |
| NERMIN KHALIL ABDEMONEIM KHALIL, Individually, and as Special Administrator and Representative of the Estate of NASSER FATHE AL AZAB DOBAN deceased, and on behalf of all Surviving Beneficiaries, | Magistrate Judge: Hon. M. David Weisman |
| Case No.: 1:20-cv-06250 | |

**ORDER**

On the Agreed Motion of Plaintiff NERMIN KHALIL ABDEMONEIM KHALIL, Individually, and as Special Administrator and Special Representative of the Estate of NASSER FATHE AL AZAB DOBAN, deceased (the "Decedent") and on behalf of all Surviving Beneficiaries, to Approve Settlement of Claims and Dismiss All Claims, due notice given and the Court advised, the Court finds that:

A. Kreindler & Kreindler LLP, local counsel Smith LaCien LLP, and their attorneys, are competent to represent the interests of the beneficiaries;

B. The settlement reached by the parties in this case is fair and reasonable, and in the best interest of all parties; and

C. The allocations and distributions as submitted in the sealed declaration of counsel in support of the Agreed Motion are approved.

**THEREFORE, IT IS HEREBY ORDERED:**

1. All claims of Plaintiff, NERMIN KHALIL ABDEMONEIM KHALIL, Individually, and as Special Administrator and Special Representative of the Estate of NASSER FATHE AL AZAB DOBAN, Deceased (the "Decedent"), and on behalf of all surviving beneficiaries, originally filed under Case No. 1:20-cv-06250, and reassigned as related to the consolidated proceeding under Case No. 19-cv-02170, are hereby dismissed with prejudice in their entirety, with each party to bear its own attorneys' fees and costs. This fully resolves Plaintiff's and the Decedent's Estate, heirs' and wrongful death beneficiaries' claims for the death of the Decedent;

2. The claims of all other Plaintiffs in the consolidated proceeding under Case No. 19-cv-02170 are unaffected by this order;

3. The settlement funds shall be initially paid to the Kreindler IOLA trust account for the benefit of the Plaintiff and all Decedent's heirs and wrongful death beneficiaries. The net proceeds shall then be expeditiously transferred as set forth in Plaintiff's counsel's declaration.

So Ordered.

Dated: December 21, 2023

_____
Hon. Jorge L. Alonso
U.S. District Court Judge